■ In the Matter of GEORGE W. NASH, Admitted as GEORGE

Winston Nash, a Suspended Attorney.—Motion granted only to the extent of deeming the effective date of the suspension to be ten days after the date of entry of this Court's order hereon, and, in all other respects the motion is denied. Concur—Rosenberger, J. P., Asch, Kassal, Smith and Rubin, JJ. [ See, 177 AD2d 284.]